1  CALDWELL LESLIE & PROCTOR, PC
   JOAN MACK, State Bar No. 180451
2    *mack@caldwell-leslie.com*
   MICHAEL D. ROTH, State Bar No. 217464
3    *roth@caldwell-leslie.com*
   1000 Wilshire Boulevard, Suite 600
4  Los Angeles, California  90017-2463
   Telephone: (213) 629-9040
5  Facsimile: (213) 629-9022

6  BANNER & WITCOFF, LTD.
   CHRISTOPHER J. RENK
7    *crenk@bannerwitcoff.com*
   ERIK S. MAURER
8    *emaurer@bannerwitcoff.com*
   MICHAEL J. HARRIS
9    *mharris@bannerwitcoff.com*
   ERIC J. HAMP
10   *ehamp@bannerwitcoff.com*
   10 S. Wacker Drive, Suite 3000
11 Chicago, Illinois  60606
   Telephone:  (312) 463-5000
12 Facsimile:  (312) 463-5001

13 Attorneys for Plaintiffs NIKE, INC. and
   CONVERSE INC.

14            **UNITED STATES DISTRICT COURT**
          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
15

16 NIKE, INC. and CONVERSE INC.,          Case No. CV 12-5240-JFW (AGRx)

17          Plaintiffs/Counterclaim           The Honorable John F. Walter
            Defendants,
18
            v.                                Magistrate Judge Alicia G. Rosenberg
19
   SUPERSTAR INTERNATIONAL,
20 INC., AC INT'L TRADING INC., and        **[PROPOSED] CONSENT**
   SAI LIU,                                **JUDGMENT AND PERMANENT**
21                                          **INJUNCTION ORDER AGAINST**
            Defendants/Counterclaim         **DEFENDANTS SUPERSTAR**
22          Plaintiffs,                      **INTERNATIONAL, INC., AC INT'L**
                                            **TRADING INC. AND SAI LIU**
23          and
24 JEAIR SHOES INC., KING-AIR
   TRADING INC., DUN HUANG
25 INTERNATIONAL TRADING INC.,
   XIAO MING WU, JIAN QIANG LIU,
26 and YUN MEI YUAN,

27          Defendants.

28                                   -1-

CALDWELL
LESLIE &
PROCTOR

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER AGAINST DEFENDANTS
SUPERSTAR INTERNATIONAL, INC., AC INT'L TRADING INC. AND SAI LIU

1   Plaintiffs NIKE, Inc. ("NIKE") and Converse Inc. ("Converse") (collectively,

2   "Plaintiffs") filed civil action number 12-CV-5240 on June 15, 2012 against

3   Superstar International, Inc., ("Superstar"), AC Int'l Trading Inc., ("AC Int'l"), Sai

4   Liu ("S. Liu") (collectively, "the Superstar Defendants") and other defendants who

5   are not party to this stipulation, asserting claims for (a) trademark infringement

6   under 15 U.S.C. § 1114; (b) unfair competition under 15 U.S.C. § 1125(a); (c)

7   trademark dilution under 15 U.S.C. § 1114; (d) trademark infringement and unfair

8   competition under the common law; (e) trademark dilution under the California

9   Business & Professions Code § 14247; (f) unfair competition under the California

10  Business & Professions Code §§ 17200 et seq.; and (g) patent infringement under 35

11  U.S.C. § 271.  Plaintiffs duly served their Complaint on Superstar Defendants on

12  June 19, 2012.  The Superstar Defendants now stipulate and consent to the Court's

13  entry of this Consent Judgment.

14

15  NOW THEREFORE, upon consent of the parties, IT IS HEREBY

16  ORDERED, ADJUDGED, AND DECREED:

17

18  1.   The Court has subject matter jurisdiction over this action pursuant to 15

19  U.S.C. § 1121(a) and 28 U.S.C. §§ 1331, 1338(a) & (b), and 1367(a).

20  2.   The Court has personal jurisdiction over the Superstar Defendants and

21  venue is proper in this judicial district at least because of the Superstar Defendants'

22  commission of infringing acts in this judicial district.

23  3.   The Superstar Defendants admit that Converse owns all right, title, and

24  interest in and to the valid and enforceable federal and common law trademark

25  rights in: (a) the distinctive and non-functional overall look of the Chuck Taylor All

26  Star high and low designs, and the midsole and outsole elements of those designs,

27  (b) the design of the two stripes on the midsole of the shoe, the design of the toe cap,

28

CALDWELL
LESLIE &
PROCTOR

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER AGAINST DEFENDANTS
SUPERSTAR INTERNATIONAL, INC., AC INT'L TRADING INC. AND SAI LIU

the design of the multi-layered toe bumper featuring diamonds and line patterns, any sub-combination of these elements, and the relative position of these elements to each other, (c) U.S. Trademark Registration Nos. 1,588,960; 3,258,103; 4,062,112; and 4,065,482, and (d) the appearance of Converse's "Star in Circle" logos, including U.S. Trademark Registration Nos. 1,789,476 and 3,437,967.  Converse's federally registered and common law trademark rights in these designs and/or logos are collectively hereafter referred to as the "Converse Marks."

4.    The Superstar Defendants admit that the Converse Marks are well known, famous, and associated with Converse, and that the goodwill appurtenant thereto belongs exclusively to Converse.

5.    The Superstar Defendants admit that Converse owns all right, title, and interest in and to the valid and enforceable U.S. Design Patent Nos. D555,332; D618,897; and D619,797, collectively hereafter referred to as the "Converse Patents."

6.    The Superstar Defendants admit that NIKE owns all right, title, and interest in and to the valid and enforceable U.S. Design Patent Nos. D398,762; D498,912; D504,562; D511,884; D512,214; D529,273; D530,904; and D531,396, collectively hereafter referred to as the "NIKE Patents."

7.    The Superstar Defendants admit that their promotion of, advertising of, offers to sell, sales, distribution and/or importation of products in connection with the Converse Marks or colorable imitations thereof, and/or of shoes bearing a design of the Converse Patents or a substantially similar design, and/or of shoes bearing a design of the NIKE Patents or a substantially similar design (collectively hereafter referred to as the "Infringing Footwear," where the Infringing Footwear includes, but is not limited to, shoes having the model numbers: 806; 816; 887; 1202; 3001; 3018; 3038; 3047; 8060; 8160; H202; H203; H806; H8809; K202; K829; KA3002; KA005; M202; W202; WH202; and W-3045): (a) is likely to cause confusion,

mistake, or to deceive as to the affiliation, connection, or association of the Superstar Defendants with Converse, or as to the source, origin, sponsorship, or approval of the Superstar Defendants' products by Converse, dilutes the distinctiveness of the Converse Marks, and constitutes false designations of origin and unfair competition, (b) infringes the Converse Patents, and/or (c) infringes the NIKE Patents, respectively.

8.     The Superstar Defendants and their respective subsidiaries, parents, affiliates, agents, licensees, successors, and assigns and all persons and entities in active concert or participation with them, are permanently enjoined and prohibited from:

a.     Ordering, marketing, offering to sell, selling, importing and/or distributing – whether directly or indirectly – (i) Infringing Footwear, (ii) products bearing the Converse Marks, including all elements and confusingly similar variations of the Converse Marks, (iii) products bearing the design of one or more of the Converse Patents, (iv) products bearing the design of one or more of the NIKE Patents, or (v) colorable imitations of any of the foregoing items

b.     Using – whether directly or indirectly – any of the Converse Marks – including all elements, colorable imitations, and confusingly similar variations of the Converse Marks – in connection with marketing, offering to sell, selling, importing or distributing footwear, apparel, or accessories worldwide;

c.     Aiding, assisting or abetting – whether directly or indirectly - any other party in doing any act prohibited by sub-paragraphs (a) through (b) above.

CALDWELL
LESLIE &
PROCTOR

-4-

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER AGAINST DEFENDANTS
SUPERSTAR INTERNATIONAL, INC., AC INT'L TRADING INC. AND SAI LIU

9.     The Superstar Defendants shall send any and all marketing materials for the Infringing Footwear, including but not limited to shoe samples, advertising, catalogs, brochures, and price lists, and any and all packaging, to Plaintiffs' counsel.

10.     The Superstar Defendants shall remove all references to and depictions of the Infringing Footwear as well as all references to and depictions of the Converse Marks – including all elements, colorable imitations, and confusingly similar variations of the Converse Marks – from all businesses, Internet website(s), email(s), or other electronic material(s) under their control. The Superstar Defendants shall video record their compliance(s) with this paragraph and send written confirmation and video of the removal(s) to Plaintiffs' counsel as soon as all relevant references and depictions are removed.

11.     The Superstar Defendants shall destroy their inventory of the Infringing Footwear, and shall video record their compliance(s) with this paragraph and send written confirmation and video of the destruction(s) to Plaintiffs' counsel as soon as all relevant products are destroyed.  In the event that any Infringing Footwear is returned to any of the Superstar Defendants, the Superstar Defendants shall destroy the returned Infringing Footwear within 7-days of its return.

12.     In the event Sai Liu works for any person or company other than Superstar that makes or sells vulcanized footwear in the future, she will advise each such person/company of the Converse Marks, provide each such person/company with copies of the Converse Marks, and will take steps to ensure that no other person/company with whom she works makes or sells footwear bearing the Converse Marks or colorable imitations thereof.

13.     The Superstar Defendants shall provide written notice to Plaintiffs' counsel of every appearance at a trade show held within 3-years of the date this Order, by any of the Superstar Defendants, at least 30-days before appearing at the trade show.

CALDWELL
LESLIE &
PROCTOR

-5-
[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER AGAINST DEFENDANTS
SUPERSTAR INTERNATIONAL, INC., AC INT'L TRADING INC. AND SAI LIU

14.    The Superstar Defendants shall provide written notice to Plaintiffs' counsel of every change to the Superstar Defendants' corporation names, doing-business-as names, trade names, and/or brands, and/or the creation of any new, related corporations, companies, doing-business-as names, trade names, and/or brands, within 5-days of the change and/or creation.

15.    If the Superstar Defendants violate any of the provisions provided above, NIKE and/or Converse shall be entitled to: (a) bring a lawsuit against any or all of the Superstar Defendants and collect damages and/or profits for all violations of the Converse Marks, Converse Patents, and/or NIKE Patents, (b) secure preliminary and permanent injunctions enjoining the Superstar Defendants' violations without the need to post bond, (c) collect liquidated damages in the amount of no less than $25.00 per article of Infringing Footwear product made, promoted, advertised, offered for sale, sold, or imported, as compensation and not as a penalty, it being understood that the damage caused by such a breach would be difficult to determine, and/or (d) payment of NIKE and/or Converse's costs and attorneys' fees resulting from NIKE and/or Converse's enforcement of these provisions.

16.    Except as provided herein, each party shall bear its own costs and attorney fees.

17.    This Court shall retain jurisdiction over the parties for the purpose of enforcing the terms of this Consent Judgment and Permanent Injunction.

18.    Judgment is hereby entered in favor of Plaintiffs on all counts of their Complaint as to the Superstar Defendants and the Superstar Defendants' counterclaim is dismissed with prejudice.

19.    This Order represents a final adjudication of all claims, counterclaims, and defenses that were, or could have been, brought between Plaintiffs and the Superstar Defendants in this case.  This Order is intended to be final and shall bind

CALDWELL
LESLIE &
PROCTOR

-6-

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER AGAINST DEFENDANTS
SUPERSTAR INTERNATIONAL, INC., AC INT'L TRADING INC. AND SAI LIU

Plaintiffs and the Superstar Defendants, and their affiliates and successors on all issues that were or could have been litigated in this proceeding and that no appeal shall be taken here from.

SO ORDERED:

Dated: _____5/15_____, 2013

_John F. Walter /s/_
_____
United States District Judge

CALDWELL
LESLIE &
PROCTOR

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER AGAINST DEFENDANTS
SUPERSTAR INTERNATIONAL, INC., AC INT'L TRADING INC. AND SAI LIU

1

2  Consented and Agreed to:
   **NIKE, Inc. and Converse Inc.**

3

4

5  By:_____/s/_____

6  Joan Mack, State Bar No. 180451
   Michael D. Roth, State Bar No. 217464

7  CALDWELL LESLIE &
   PROCTOR, PC

8  1000 Wilshire Boulevard, Suite 600
   Los Angeles, California  90017-2463

9  Telephone: (213) 629-9040
   Facsimile: (213) 629-9022

10 *mack@caldwell-leslie.com*
   *roth@caldwell-leslie.com*

11 Christopher J. Renk (admitted pro hac
   vice)

12 Erik S. Maurer (admitted pro hac vice)
   Michael J. Harris (admitted pro hac

13 vice)

14 Eric J. Hamp (admitted pro hac vice)
   BANNER & WITCOFF, LTD.

15 10 S. Wacker Drive, Suite 3000
   Chicago, IL 60606

16 Telephone (312) 463-5000
   Facsimile (312) 463-5001

17 *crenk@bannerwitcoff.com*
   *emaurer@bannerwitcoff.com*

18 *mharris@bannerwitcoff.com*
   *ehamp@bannerwitcoff.com*

19

20 ***Attorneys for NIKE, Inc. and
   Converse Inc.***

**Superstar International, Inc.,
AC Int'l Trading, Inc., and Sai Liu**

By:_____

Christopher L. Diener, State Bar No.
187890
18881 Von Karman Ave.
16th Floor
Irvine, California 92612
Telephone: (949) 291-9604
Facsimile: (949) 660-0342
*dienerlaw@msn.com*

***Attorney for Superstar International
Inc., AC Int'l Trading Inc., and Sai Liu***

21

22

23

24

25

26

27

28

-8-

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER AGAINST DEFENDANTS
SUPERSTAR INTERNATIONAL, INC., AC INT'L TRADING INC. AND SAI LIU

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | **Signed for Converse Inc.** |
| 5 | Name:_____ |
| 6 | Title:_____ |
| 7 | Date:_____ |
| 8 | |

Signed for Superstar International, Inc.

Name: Sai Liu

Title: president

Date: 05/08/13

Signed for NIKE, Inc.

Name:_____

Title:_____

Date:_____

Signed for AC Int'l Trading, Inc.

Name: Sai Liu

Title: president

Date: 05/08/13

Sai Liu

Date: 05/08/13

CALDWELL
LESLIE &
PROCTOR

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER AGAINST DEFENDANTS
SUPERSTAR INTERNATIONAL, INC., AC INT'L TRADING INC. AND SAI LIU

1

2

3

Brian Fogarty

4  **Signed for Converse Inc.**                    **Signed for Superstar International,**
                                                   **Inc.**

5  Name: _____                   Name: _____

6  Title: _Director of Global IP Litigation_      Title: _____

7

8  Date: _____5/14/2013_____                        Date: _____

9

10

11

12

13

14  Brian Fogarty

15  **Signed for NIKE, Inc.**                       **Signed for AC Int'l Trading, Inc.**

16  Name: _____                   Name: _____

17  Title: _Director of Global IP Litigation_      Title: _____

18

19  Date: _____5/14/2013_____                        Date: _____

20

21

22                                                  **Sai Liu**

23                                                  Date: _____

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

-9-

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER AGAINST DEFENDANTS
SUPERSTAR INTERNATIONAL, INC., AC INT'L TRADING INC. AND SAI LIU